UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA MARIE BELYEW,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MIKE PALLARES,<br><br>　　　　　Defendant. | No.  1:20-cv-01760-HBK<br><br>ORDER TRANSFERRING CASE TO THE SACRAMENTO DIVISION OF THE EASTERN DISTRICT OF CALIFORNIA<br><br>(Doc. No. 1) |

　　　　Petitioner Lisa Marie Belyew is proceeding *pro se* on her petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2254.  (Doc. No. 1).  Petitioner a prisoner incarcerated in Madera County, which is located within the jurisdiction and venue of this court's Fresno Division, challenges her state sentence and conviction entered by the Superior Court of Colusa County, which is located within the jurisdiction and venue of this court's Sacramento Division.

　　　　Under 28 U.S.C. § 2241(d), jurisdiction is proper in the judicial district where the petitioner was convicted or where the petitioner is incarcerated.  Therefore, both the Fresno Division and Sacramento Division of this Court have concurrent jurisdiction.  *See* 28 U.S.C. § 2241(d); *Rumsfeld v. Padilla*, 542 U.S. 426, 428 (2004).  However, "[f]or the convenience of parties and witnesses, in the interest of justice, a district court may transfer any civil action to any other district or division

where it might have been brought." 28 U.S.C. § 1404(a).  Federal courts in California generally hear petitions for writ of habeas corpus in the district of conviction. *Favor v. California*, No. 116-CV-01912-DAD-EPG-HC, 2017 WL 2671006, at *1 (E.D. Cal. June 21, 2017) (*citing Laue v. Nelson*, 279 F. Supp. 265, 266 (N.D. Cal. 1968).

Thus, the Court finds in its discretion "and in furtherance of justice" the petition should be transferred to the Sacramento Division of this court. *See* 28 U.S.C. §§ 1404(a), 2241(d); *see also* Local Rule 120(f).

**Accordingly,**

1. The Clerk shall transfer this action to the Sacramento Division of this court; and

2. All future filings shall reference the new case number assigned and shall be filed at:

> United States District Court
> Eastern District of California
> Sacramento Division
> 501 I St., #4200
> Sacramento, CA 95814

IT IS SO ORDERED.

Dated:   December 16, 2020

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE

2