UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA MARIE BELYEW,<br><br>  Petitioner,<br><br>  v.<br><br>MIKE PALLARES,<br><br>  Respondent. | No.  2:20-cv-2503 KJN P<br><br><br>ORDER |

Petitioner is a state prisoner, proceeding without counsel, seeking a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  The instant petition challenges petitioner's 2018 conviction in the Colusa County Superior Court.  (ECF No. 1.)  Court records reflect that petitioner is presently challenging the same conviction in an earlier-filed action, which remains pending: Belyew v. People of the State of California, 2:19-cv-0294 AC (E.D. Cal.).  It is established that if a new petition is filed when a previous habeas petition is still pending before the district court without a decision having been rendered, then the new petition should be construed as a motion to amend the pending petition.  Woods v. Carey, 525 F.3d 886, 888 (9th Cir. 2008).  Therefore, the petition filed in the instant action should be construed as a motion to amend the initial petition and filed in 2:19-cv-0294 AC.  Woods, 525 F.3d at 888.

////

////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The December 11, 2020 petition (ECF No. 1) should be construed as a motion to amend and filed in petitioner's initial habeas action, Case No. 2:19-cv-0294 AC; and

2. The Clerk of the Court is directed to file the petition (ECF No. 1) as a motion to amend in Case No. 2:19-cv-0294 AC, and to terminate this action and all outstanding motions.

Dated: December 28, 2020

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/bely2503.mta.tf